# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRENDA VAZQUEZ,**

    **Plaintiff,**

v.                                                         Case No:   6:16-cv-1827-Orl-22GJK

**INSIGHT BEHAVIORAL HEALTH SPECIALISTS, LLC and OLGA A. BERRETO,**

    **Defendants.**

## ORDER

This cause is before the Court on the Joint Motion to Review and Approve Settlement and Dismiss Action with Prejudice (Doc. No. 27) filed on June 6, 2017.

The United States Magistrate Judge has submitted an amended report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Amended Report and Recommendation filed August 2, 2017 (Doc. No. 29), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion to Review and Approve Settlement and Dismiss Action with Prejudice is hereby GRANTED in part and DENIED in part.

3. The broad release in paragraph seven of the Agreement (Doc. No. 27-1 at 2-3, ¶7) is hereby STRICKEN.

4. The Motion is GRANTED to the extent that the Court finds the Agreement, with the modification set forth above, to be a fair and reasonable resolution of a bona fide dispute under the FLSA.

5. The Agreement as modified is hereby APPROVED.

6. The Motion is DENIED to the extent the parties request the Court to retain jurisdiction to enforce the Agreement.

7. This case is DISMISSED WITH PREJUDICE.

8. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on August 17, 2017.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record